Marion T. Hack, Esq. (State Bar No. 179216)
hackm@pepperlaw.com
Luke N. Eaton (State Bar No. 280387)
eatonl@pepperlaw.com
**PEPPER HAMILTON LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

Attorneys for Plaintiff CONSOLIDATED
ELECTRICAL DISTRIBUTORS, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

| | |
|---|---|
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>STAYBRIGHT ELECTRIC OF COLORADO, INC., a Colorado corporation; WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.  2:18-cv-05508-R-MRW<br><br>Assigned to Hon. Manuel L. Real<br><br>Crtrm: Courtroom 880, 8th Floor<br><br>**JUDGMENT AGAINST DEFENDANT STAYBRIGHT ELECTRIC OF COLORADO, INC.**<br><br>Date Filed:  June 14, 2018 |

Plaintiff CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a

Delaware corporation, on the one hand, and Defendant STAYBRIGHT ELECTRIC

OF COLORADO, INC., a Colorado corporation, on the other hand, having signed a

written Stipulation for Entry of Judgment in this action and said Stipulation having

been filed herein:

///

///

1

*///*

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Judgment be entered in favor of Plaintiff CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, and against Defendant STAYBRIGHT ELECTRIC OF COLORADO, INC., a Colorado corporation in the amount of **$688,664.85**, calculated as follows:

| | |
|---|---|
| Amount per Stipulation: | $737,914.85 |
| Plus Additional Attorneys' Fees per the Settlement Agreement: | $750.00 |
| Credit for Payment: | ($50,000.00) |
| **Total:** | **$688,664.85** |

IT IS SO ORDERED.

DATED: November 15, 2018 _____

Honorable Manuel L. Real
United States District Judge